Court of Appeals for the District of Columbia Circuit. Certiorari granted. *J. W. Brown* for petitioners. *Solicitor General Rankin, Jerome D. Fenton* and *Dominick L. Manoli* for the National Labor Relations Board, respondent.

No. 718. CAMMARANO ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted. *Frederick Bernays Wiener* and *Clinton M. Hester* for petitioners. *Solicitor General Rankin,* Assistant Attorney General Rice, Harry Baum* and *Myron C. Baum* for the United States.

No. 629. LAKE CHARLES STEVEDORES, INC., ET AL. *v.* RICHARD ET AL. Court of Appeal of Louisiana, First Circuit. Certiorari denied. *John A. Hickman* for petitioners. *Russell T. Tritico* for respondents.

No. 677. GOODY *v.* SHAPIRO, BERNSTEIN & Co., INC., ET AL. C. A. 2d Cir. Certiorari denied. *Abraham M. Lowenthal* and *Leon G. Telsey* for petitioner. *Harold Berkowitz* for respondents.

No. 678. TECHNICAL TAPE CORP. *v.* MINNESOTA MINING & MANUFACTURING Co. C. A. 2d Cir. Certiorari denied. *Daniel L. Morris* and *Simon H. Rifkind* for petitioner. *Edward A. Haight, H. H. Hamilton, M. K. Hobbs* and *Harold J. Kinney* for respondent.